**German COREAS, Plaintiff–Appellant,**

v.

**MILLER, Registered Nurse, Defendant–Appellee.**

No. 12–17538.

United States Court of Appeals, Ninth Circuit.

Submitted July 24, 2013.\*

Filed Aug. 2, 2013.

German Coreas, Corcoran, CA, pro se.

Susan Eileen Coleman, Esquire, Senior Litigation, Kristina Doan Gruenberg, Es-

---

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

quire, Burke, Williams & Sorensen, LLP, Los Angeles, CA, for Defendant–Appellee.

Before: ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

MEMORANDUM **

California state prisoner German Coreas appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Coreas failed to raise a genuine dispute of material fact as to whether a one-day delay in changing Coreas's bandages following knee surgery caused him to contract cellulitis or to suffer further injury and undue pain. *See Jett v. Penner*, 439 F.3d 1091, 1096 (9th Cir.2006) (setting forth standard for deliberate indifference to serious medical needs, and explaining that a prisoner must show harm "caused by" the indifference to establish deliberate indifference); *Toguchi*, 391 F.3d at 1057–58 (neither negligence nor prisoner's difference of opinion with prison medical authorities is sufficient to state a deliberate indifference claim); *Hallett v. Morgan*, 296 F.3d 732, 746 (9th Cir.2002) (prisoner alleging deliberate indifference based on delay in treatment must show that delay led to further injury).

** This disposition is not appropriate for publication and is not precedent except as provid-

Coreas's contentions regarding the district court's alleged failure to review his medical journal evidence, and to weigh properly the testimony of an expert witness submitted by defendant, are unpersuasive.

**AFFIRMED.**